EMPIRE STATE DEVELOPMENT CO., INC., Respondent, v. JUSTINE L. LAMBERT, Appellant.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.